IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE: AMMOCORE TECHNOLOGY,              No. C 07-80200SI

        Plaintiff,                              **NOTICE**

  v.

,

        Defendant.

To All Parties:

YOU ARE HEREBY NOTIFIED THAT Cadence Design's motion to compel compliance with Subpoenas shall be scheduled for argument on Friday, September 28, 2007, at 9:00 a.m.

Dated: August 13, 2007                    RICHARD W. WIEKING, Clerk



                                                                         Tracy Sutton
                                                                         Deputy Clerk

**United States District Court**
For the Northern District of California