ERIC A. NYBERG, ESQ. (Bar No. 131105)
CHRIS D. KUHNER, ESQ. (Bar No. 173291)
KORNFIELD, PAUL & NYBERG, P.C.
1999 Harrison Street, Suite 2675
Oakland, CA 94612
Telephone: 510-763-1000
Facsimile: 510-273-8669

Attorneys for Defendant Athanassios Katsioulas

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>AMMOCORE TECHNOLOGY INC.,<br><br>Debtors. | Case No. 07-mc-80200-SI<br>[Bankr. D. Del. No. 06-10318 (PJW);<br>Adv. Proc. No. 07-50950] |
| CADENCE DESIGN SYSTEMS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ATHANASSIOS KATSIOULAS, an Individual; ATHANASSIOS KATSIOULAS And ALAN ARONOFF, as purported directors; AMMOCORE TECHNOLOGY, INC., a Delaware corporation; and MONTAGUE S. CLAYBROOK, as Chapter 7 Trustee,<br><br>Defendant. | DECLARATION OF ATHANASSIOS KATSIOULAS IN SUPPORT OF OPPOSITION TO PLAINTIFF CADENCE DESIGN SYSTEMS, INC.'S MOTION TO COMPEL COMPLIANCE WITH SUBPOENAS ISSUED TO PERKINS COIE LLP AND PAUL LIPPE<br><br>Date: September 28, 2007<br>Time: 9:00 a.m.<br>Ctrm: 10, 19th Floor<br>United States District Court<br>450 Golden Gate Avenue, San Francisco, CA 94104 |

I, Athanassios Katsioulas, declare as follows:

Dec-Katisioulas-Support-Opposition-Plaintiffs-Motion-Compel

- 1 -

1. I am one of the Defendants in the above-captioned adversary proceeding which is currently pending in the United States Bankruptcy Court in Delaware.

2. I know the following of my own personal knowledge and could and would testify competently thereto if called upon to do so.

3. This declaration is submitted in support of the opposition to Plaintiff's motion to compel compliance with subpoenas issued to Perkins Coie LLP and Paul Lippe.

4. On June 26, 2007, Plaintiff Cadence Design Systems, Inc. through its attorneys, took my deposition.

5. A true and correct copy of Exhibit 13 to the June 26, 2007 deposition of Athanassios Katsioulas is attached hereto as Exhibit "A".

6. A true and correct copy of Exhibit 37 to the June 26, 2007 deposition of Athanassios Katsioulas is attached hereto as Exhibit "B".

7. A true and correct copy of Exhibit 16 to the June 26, 2007 deposition of Athanassios Katsioulas is attached hereto as Exhibit "C".

8. A true and correct copy of Exhibit 19 to the June 26, 2007 deposition of Athanassios Katsioulas is attached hereto as Exhibit "D".

9. A true and correct copy of Exhibit 18 to the June 26, 2007 deposition of Athanassios Katsioulas is attached hereto as Exhibit "E".

1     I declare under penalty of perjury that the foregoing is true and correct and that this
2 declaration was executed this 7th day of September, 2007 at San Jose, California.

                                                                  By: Athanassios Katsioulas /s/

Dec-Katisioulas-Support-Opposition-Plaintiffs-Motion-Compel