EXHIBIT "A"





August 14, 2006

## Co-founders work to resurrect EDA startup

By Richard Goering

Santa Cruz, Calif. -- When electronic design automation startup AmmoCore went into Chapter 7 bankruptcy, it seemed like the end of the road for the once high-flying company. But co-founder Tom Katsioulas didnt give up. Now his attempt to revive the company appears to be paying off.

At an Aug. 4 shareholders' meeting in Santa Clara, Calif., a new AmmoCore board was elected, consisting of Katsioulas and AmmoCore co-founder Alan Aronoff.

"We're ecstatic about it . . . Now we can move forward," Katsioulas said. The leaders of the newly revitalized AmmoCore are working fast to create value for shareholders, leveraging the company's intellectual property. Their strategy could involve licensing or selling their IP in a variety of ways, he added.

Launched in 1999, AmmoCore developed a netlist-to-GDSII IC implementation suite based on distributed processing. The company attracted $33 million in venture capital, employed more than 50 people at its peak and enlisted to its board such EDA luminaries as Jim Hogan, Bruce Bourbon and Glen Antle.

By 2005, however, AmmoCore was being liquidated after suffering from what CEO Gary Larsen called unexpectedly long sales cycles. Cadence, a major investor, offered to buy the technology, but it subsequently withdrew the offer.

A Cadence spokeswoman said that in 2006, Cadence and other secured creditors signed a petition to place Ammocore into Chapter 7 bankruptcy. Cadence was aware that Katsioulas had called a shareholders' meeting, but, she added, "we are unable to comment on his purpose or motivation for doing so." Cadence withheld its vote at that meeting, participants said.

"The corporation was not dissolved," Katsioulas said. "It became a bunch of boxes in a custodian's office. I would like to revitalize the company, because there's a lot of momentum in distributed applications. We had an entire netlist-to-GDSII flow using distributed processing and third-party tools, whereas today's emerging applications are using distributed applications at a point-tool level."

"I agree with Tom," Arnoff said, "that the technology and the business model have been proven. There's a good opportunity for this technology in the market."

While the original idea behind AmmoCore was to complement existing IC placement and routing systems, the company subsequently ended up competing with them, Katsioulas and Aronoff agreed. When AmmoCore's Fabrix rolled out in 2002, it was a complete netlist-to-GDSII system except for detailed routing. Fabrix took synthesized netlists, partitioned the design into "SBlocks" with up to 10,000 standard cells each, and then optimized the placement of SBlocks for timing and power.

Fabrix didn't ship until late 2003, however. In February 2004, AmmoCore announced that Fujitsu was using Fabrix to tape out a 4 million-gate, 0.11-micron chip.

Katsioulas, who left AmmoCore in 2002, also said that the company suffered from long sales cycles and a high burn rate. "Sales and marketing ramped up a little too fast and a little too early," he said.

But is EDA technology that was developed five years ago still valuable? More than ever, said Katsioulas, given today's bigger chips. He said that while the large EDA vendors are talking about distributed applications and parallel processing, AmmoCore accelerates the entire netlist-to-GDSII flow.

In addition to its technology, AmmoCore offers a business model that can "change the EDA landscape," Katsioulas said. "This distributed computing wave is poised to grow the industry," he said. "If you can scale design productivity by adding more tools, it represents a new opportunity for EDA."

But Gary Smith, chief EDA analyst at Gartner Dataquest, wasn't enthusiastic about the revival of AmmoCore. "Netlist to GDSII no longer has the ring it did during the 130/90-nanometer nodes," he said. "We are seeing the introduction of 65/45-nm tools. These tools incorporate rule-based DFM [design-for-manufacturing] routing, and I don't believe AmmoCore has added that to their router."

Now that the shareholders have elected a two-person board of directors, Katsioulas and Aronoff enlisted the aid of attorney Paul Lippe, former senior vice president of business development at Synopsys. "We've chartered Paul Lippe to report on the condition of the debtor and determine precisely how we ended up in this position to begin with," Aronoff

Ex 13

EDA DesignLine | Co-founders work to resurrect EDA startup          http://www.edadesignline.com/showArticle.jhtml?printableArticle=true&...

said. "A large part of that involves the relationship between Cadence and AmmoCore."

That's a complicated relationship. Cadence was at the same time "a shareholder, a creditor, a partner and a competitor," Aronoff said.

**Pre-IPO maneuverings**
But the main goal is to create value for the shareholders prior to the company's IPO. "The means to do that are yet to be decided," Katsioulas said. "One possibility is to start a service business, and another is to break it up into pieces and license it to startups. A third is to sell it to a large company. I can't undertake these decisions on my own."

Katsioulas and Aronoff may also bring in more directors, and Katsioulas said he thinks some of the original AmmoCore engineers will help out.

"When I was getting shareholder consent, I couldn't believe the excitement among some of the [AmmoCore] engineers," Katsioulas said. "They kept saying how great AmmoCore was and that it was proven in production I'm feeling very hopeful that a number will agree to participate."



All material on this site Copyright © 2006 CMP Media LLC. All rights reserved
Privacy Statement | Your California Privacy Rights | Terms of Service

1/29/2007 6:00 PM