# EXHIBIT "B"

Lippe, Paul \(Perkins Coie\), 04:45 PM 10/5/2006, RE: AmmoCore - Clarification regarding the stoc...   Page 1 of 4

Subject: RE: AmmoCore - Clarification regarding the stockholders meeting
Date: Thu, 5 Oct 2006 16:45:06 -0700
X-MS-Has-Attach:
X-MS-TNEF-Correlator:
Thread-Topic: AmmoCore - Clarification regarding the stockholders meeting
Thread-Index: Aca8FfrIoASExtUfRLKePeNTRXKHbgApiT5QAAEvmlAAAqrGUApZ4TdgAKlKqIA=
From: "Lippe, Paul \(Perkins Coie\)" <PLippe@perkinscoie.com>
To: "Monty Claybrook" <monty.claybrook@msclaybrook.com>,
    "Tom Katsioulas" <tomkat@sprintmail.com>
Cc: <a.aronoff@comcast.net>
X-OriginalArrivalTime: 05 Oct 2006 23:45:07.0447 (UTC) FILETIME=[49BEF870:01C6E8D8]
X-ELNK-Info: spv=0;
X-ELNK-AV: 0
X-ELNK-Info: sbv=0; sbrc=.0; sbf=00; sbw=000;

Dear Monty --

Thanks for your message.

We have been investigating the condition of the debtor and how it came to be in this condition. Our review suggests that there are strong arguments for equitable subordination of certain creditors' claims. At this point, we want to continue our review before taking any other action. If you have any suggestions or proposals on how to proceed, we would be delighted to discuss.

Best

Paul

> -----Original Message-----
> From: Monty Claybrook [mailto:monty.claybrook@msclaybrook.com]
> Sent: Monday, October 02, 2006 7:59 AM
> To: Lippe, Paul (Perkins Coie); Tom Katsioulas
> Cc: @Lippe, Paul; a.aronoff@comcast.net
> Subject: RE: AmmoCore - Clarification regarding the stockholders meeting
>
> Gentlemen,
>
> Some time has passed and I wonder if a telephone discussion with all parties might be helpful to moving this matter forward. Please reply to this email and I can set a date and time for conferencing.
>
> Thank you.
>
> ---
>
> From: Lippe, Paul (Perkins Coie) [mailto:PLippe@perkinscoie.com]
> Sent: Thursday, August 10, 2006 6:25 PM
> To: Monty Claybrook; Tom Katsioulas
> Cc: @Lippe, Paul; a.aronoff@comcast.net
> Subject: RE: AmmoCore - Clarification regarding the stockholders meeting
>
> Monty --
>
> Thanks for quick feedback, and again apologies for our bankruptcy naiveté.
>
> If the code goes to DE, that makes it impractical for Tom's team to work on. Making copies is not feasible.
>
> The corporate records is a much smaller matter and can go either way.
>
> Any creative solution?
>
> Best
>
> Paul

Ex 37

Lippe, Paul \(Perkins Coie\), 04:45 PM 10/5/2006, RE: AmmoCore - Clarification regarding the stoc...    Page 2 of 4

-----Original Message-----
**From:** Monty Claybrook [mailto:monty.claybrook@msclaybrook.com]
**Sent:** Thursday, August 10, 2006 3:18 PM
**To:** Lippe, Paul (Perkins Coie); Tom Katsioulas
**Cc:** @Lippe, Paul; a.aronoff@comcast.net
**Subject:** RE: AmmoCore - Clarification regarding the stockholders meeting

1) A listing of the assets of the company, 2) a listing of the names of persons who hold those assets, and 3) a list of the names of people that have or control the records of the company.

I will prepare demand letters to have the records and assets turned over to my control. Once in my possession, I will make same available to you (or Tom) for preparation of statements and schedules.

Afterward, we can discuss how best to create value for the estate.

---

**From:** Lippe, Paul (Perkins Coie) [mailto:PLippe@perkinscoie.com]
**Sent:** Thursday, August 10, 2006 4:45 PM
**To:** Tom Katsioulas; Monty Claybrook
**Cc:** @Lippe, Paul; a.aronoff@comcast.net
**Subject:** RE: AmmoCore - Clarification regarding the stockholders meeting

Monty --

Great chatting with you.

Did I understand you correctly? You want

- Tom to put together a list of people he believes hold Ammocore's assets.
- You will send them a notice that
-   The assets should be transferred to Tom
- Tom will then
-   Prepare schedules
-   Start working with the software to optimize its value.

As I mentioned, I think the value of the software is 100% dependent on Tom and his team, so the sooner we can get in back in his hands the better.

I hope this is an accurate description of what you would like us to do.

Best

Paul


-----Original Message-----
**From:** Tom Katsioulas [mailto:tomkat@sprintmail.com]
**Sent:** Wednesday, August 09, 2006 6:17 PM
**To:** Monty Claybrook
**Cc:** @Lippe, Paul; a.aronoff@comcast.net; Lippe, Paul (Perkins Coie)
**Subject:** AmmoCore - Clarification regarding the stockholders meeting

Dear Monty,

Thanks for chatting with me. I wanted to give you a brief update and some background.

The stockholders meeting was ordered by the Court of Chancery (attached), recognizing that the Cadence representatives had resigned from the board and there is a clear divergence of interests between Cadence's role as a creditor and as a stockholder. The meeting was pending prior to the filing of the involuntary petition and after a tedious legal process between the Chancery and Baknrupcy Courts, even Cadence's lawyers agreed to the meeting (attached).

Ever since the Cadence-affiliated Board members of AmmoCore resigned, over 80 stockholders

(of which 35 are creditors), supported me to protect the IP. After Cadence (the largest stockholder and creditor) filed the involuntary petition the above creditors and stockholders wanted to have a formal body to mind the store in this liquidation and help you maximize the value of the IP. The full list of the secured creditors (and amounts) who have a lien on the IP is attached.

Regarding your request for documents, I followed up with an email/voicemail, but somehow we did not connect, for which I apologize. My ability to pull information together is limited by the practical reality that (i) I am working alone, (ii) AmmoCore's former representatives have been slow to provide documents and (iii) I am not a legal or accounting expert.

As you and I discussed before, the only way to maximize the value of the IP is to attract bidders. I think that you understand well that software code without the authors is useless; therefore, everyone agrees that the best way to maximize value is to attract the engineers who believe it has value and have the expertise, skill and motivation to realize its potential.

As an indication of the viability of our approach, we have also secured help from Paul Lippe. Paul is the former General Counsel and Sr. VP of Business Development of Synopsys, the co-leader of the EDA industry (along with Cadence). Paul has probably managed more deals in the EDA industry than anyone in the country, and has re-introduced us to Synopsys and other possible acquirors. Although he is an attorney, Paul is not a bankruptcy expert.

Paul would like to speak with you from his vacation, and he will try to call you on Thursday. He can also explain his views on why some of Cadence's claims may be subject to equitable subordination.

I am confident that our approach creates the best way to create value for the creditors and stockholders and look forward to working with you.

Sincerely,

Tom Katsioulas


At 09:26 AM 8/8/2006 -0400, you wrote:
> John,
> Do you represent the debtor? I read the attached article but, still do not understand how a new board was formulated during the company's liquidation. Further, I requested the proxy and related documents and Tom did not respond or comply with the request.
>
> Can you tell me what is going on?
>
>
> Monty Claybrook|CLAYBROOK+ASSOCIATES|913 North Market Street, Suite 900|Wilmington, DE 19801
>
>
>
>
> Telephone 302.661.1804, Ext. 104|Facsimile 302.661.2103|http://www.msclaybrook.com<?xml:namespace prefix = o ns = "urn:schemas-microsoft-com:office:office" />
>
>
> _____
>
> The information contained in this email message is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any unauthorized dissemination; distribution or copy of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone (302-661-1804) and destroy the original message. Thank you.
>
> IRS CIRCULAR 230 DISCLOSURE:
> Pursuant to Treasury Regulations, any tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used or relied upon by you or any other person, for the purpose of avoiding penalties under the Internal Revenue Code, or

promoting, marketing or recommending to another party any tax advice addressed herein.

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.