**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CIVIL PRETRIAL MINUTES

Date: 9/28/07

Case No.   C07-80200 SI          Judge:   SUSAN ILLSTON

Title: IN RE: AMMOCORE

Attorneys: Sitzman, Lutz, Nyberg, Kuhner

Deputy Clerk:  Tracy Sutton   Court Reporter: Yeomans

**PROCEEDINGS**

1)   Defendant's Motion to Compel - HELD

2)

3)

Order to be prepared by:  ( )Pltf   ( )Deft   ( x )Court

Disposition :  ( ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN   ( X) SUBMITTED
                                      PART

Case continued to   @ 2:30 p.m. for Further Case Management Conference

Case continued to   @ 9:00 a.m.   for Motions
(Motion due , Opposition  Reply )

Case continued to   @ 3:30 p.m.  for Pretrial Conference

Case continued to   @ 8:30 a.m.  for Trial (:  Days)
Discovery Cutoff:   Designate Experts by: , Rebuttal Experts:, Expert Discovery Cutoff:

ORDERED AFTER HEARING:
Supplemental briefs due: 10/5/07 and 10/12/07