1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE AMMOCORE TECHNOLOGY INC.  No. C 07-80200 SI

             **ORDER GRANTING IN PART
             CADENCE'S MOTION TO COMPEL
_____/ COMPLIANCE WITH SUBPOENAS**

   The motion of plaintiff Cadence Design Systems, Inc. ("Cadence") to compel the compliance with subpoenas issued to Perkins Coie LLP and Paul Lippe, as counsel to defendants Athanassios Katsioulas and the AmmoCore Technology, Inc.'s ("AmmoCore") Board of Directors (collectively, "defendants") in the above-captioned matter, came for hearing before this Court on September 28, 2007. Counsel for Cadence and defendants appeared. The Court, having considered the moving, opposing and reply papers submitted in connection with the motion, the arguments of counsel, the Court's file and record in this matter, and good cause appearing therefor, enters its order as follows:

   IT IS HEREBY ORDERED that Cadence's Motion to Compel Compliance With Subpoenas Issued To Perkins Coie, LLP and Paul Lippe is GRANTED, subject to the limitations set forth below.

   At present, discovery in the above-entitled action is limited to whether the Delaware Bankruptcy Court has subject matter jurisdiction over defendants' claims for declaratory relief. During oral argument, counsel for defendants offered to produce all documents underlying the Lippe Report that had been withheld from production, as well as the PowerPoint presentation. Accordingly, Mr. Lippe and Perkins Coie LLP are HEREBY ORDERED to provide Cadence with: (1) all documents relating to the investigation and analysis of potential claims against Cadence; and (2) all presentations concerning the investigation and analysis of potential claims against Cadence prepared and/or delivered by Mr. Lippe

1  to Cadence.

2       IT IS FURTHER ORDERED that Mr. Lippe shall appear and attend a deposition as set forth in

3  the subject subpoena at a mutually convenient date and time within 30 days of this Order.

4

5       **IT IS SO ORDERED.**

6

7  Dated: October 22, 2007

8                                                    SUSAN ILLSTON
                                                     United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California